In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00011-CR

                                                ______________________________

 

 

                                 KENDELL PRICE CORPUS,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 6th Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 23211

 

                                                            
                                      

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Appellant,
Kendall Price Corpus, filed a notice of appeal on February 1, 2010, from his
conviction of stalking.  Corpus also
filed a motion for new trial.  The trial
court subsequently granted that motion for new trial.  

            When
the trial court grants a motion for new trial, it restores the case to its
position before the former trial.  Tex. R. App. P. 21.9(b).  Because there is no conviction from which to
appeal, we have no jurisdiction to consider Corpus’s appeal.  See
Waller v. State, 931 S.W.2d 640, 643–44 (Tex. App.––Dallas 1996, no pet.).

            Consequently,
Corpus’s motion to dismiss is granted, and we dismiss the appeal as moot.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          March
3, 2010

Date Decided:             March
4, 2010

 

Do Not Publish